```
   ✗ FILED      ___ LODGED
   ___ RECEIVED ___ COPY

        APR 2 4 2007

   CLERK U S DISTRICT COURT
     DISTRICT OF ARIZONA
   BY_____ DEPUTY
```

REDACTED FOR PUBLIC DISCLOSURE

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CR07- 481 PHX-PGR (ECV) |
|---|---|
| Plaintiff, | **INDICTMENT** |
| v. | |
| Yusuf Naji Hussain Hassan, | VIO: 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A)(viii) (Conspiracy to Possess with the Intent to Distribute Methamphetamine) Count 1 |
| Defendant. | |
| | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii) (Possession with the Intent to Distribute Methamphetamine) Counts 2 and 3 |
| | 18 U.S.C. § 2 (Aiding and Abetting) Counts 1, 2 and 3 |
| | 21 U.S.C. § 853; 18 U.S.C. §§ 924(d) and 981; and 28 U.S.C. § 2461 (Forfeiture Allegations) |

THE GRAND JURY CHARGES:

## COUNT 1

On or about November 14, 2002, through December 13, 2004, in the District of Arizona, defendant YUSUF NAJI HUSSAIN HASSAN did knowingly and intentionally combine, conspire, confederate, and agree with other persons, to possess with the intent to distribute 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of

Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

In violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.

## COUNT 2

On or about December 13, 2002, in the District of Arizona, defendant YUSUF NAJI HUSSAIN HASSAN did knowingly and intentionally possess with the intent to distribute and did distribute 50 grams or more of actual methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii), and Title 18, United States Code, Section 2.

## COUNT 3

On or about December 24, 2002, in the District of Arizona, defendant YUSUF NAJI HUSSAIN HASSAN did knowingly and intentionally possess with the intent to distribute and did distribute 50 grams or more of actual methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii), and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATIONS

The Grand Jury realleges and incorporates the allegations of Counts 1 through 3 of this Indictment, which are incorporated by reference herein.

Pursuant to 21 U.S.C. Section 853 and as a result of the offense(s) charged in Counts 1 through 3 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (1) any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of said offense and (2) any of the defendant's property used, or intended to be used, in any manner or part, to commit, to facilitate the commission of said offense, as to which property the defendant is jointly and severally liable, including but not limited to: a money judgement should be issued in an amount commensurate with each defendant's involvement with the listed violation(s).

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third party;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. Section 853(p).

All pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Sections 924(d) and 981, Title 28, United States Code, Section 2461 and Rule 32.2.(a), Federal Rules of Criminal Procedure.

A TRUE BILL

_____s/_____
FOREPERSON OF THE GRAND JURY
Date: April 24, 2007

DANIEL G. KNAUSS
United States Attorney
District of Arizona

_____s/_____
KEITH E. VERCAUTEREN
Assistant United States Attorney